JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEVON DANTE HARRIS, JR. | Case No. 2:19-cv-03314-DSF (JDE) |
| Plaintiff, | JUDGMENT |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge (Dkt. 14) and the Order of Dismissal (Dkt. 18),

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

    1.    Plaintiff shall take nothing by this action;

    2.    Plaintiff's claims under 42 U.S.C. § 1983 relating to alleged conduct at United States Penitentiary – Lompoc are dismissed with prejudice; and

/ / /

3. The remainder of the claims asserted in the action are dismissed without prejudice.

DATED: April 27, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE